ROBERT M. FORNI, JR. (SB 180841)
PAMELA E. COGAN (SB 105089)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	rforni@rmkb.com; pcogan@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALBERTS,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>         Defendant. | CASE NO. C 14-01587 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Amended Complaint served:  June 11, 2014<br>Current response date:  June 30, 2014<br>New response date: July 21, 2014 |

**IT IS HEREBY STIPULATED** by and between plaintiff Karen Alberts and defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and through their respective attorneys of record, that Liberty Life shall have up to and including July 21, 2014 to file and serve its response to plaintiff's First Amended Complaint in this action.

Dated: June 12, 2014

BOLT KEENLEY KIM, LLP


By: /s/ *James P. Keenley*
     JAMES P. KEENLEY
     BRIAN H. KIM
     Attorneys for Plaintiff,
     KAREN ALBERTS

1  Dated: June 12, 2014                    ROPERS, MAJESKI, KOHN & BENTLEY

3                                          By: /s/ *Robert M. Forni, Jr.*
                                              ROBERT M. FORNI, JR.
4                                             PAMELA E. COGAN
                                              Attorneys for Defendant.
5                                             LIBERTY LIFE ASSURANCE
                                              COMPANY OF BOSTON

## ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that defendant Liberty Life Assurance Company of Boston shall have up to and including July 21, 2014 to file and serve its response to plaintiff's First Amended Complaint in this action.

Dated: June 13, 2014

_____
Hon. Richard Seeborg
U.S. District Judge