James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
KAREN ALBERTS

PAMELA E. COGAN (SB 105089)
ROBERT M. FORNI, JR. (SB 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        rforni@rmkb.com; pcogan@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO. C 14-01587 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Amended Complaint served:  June 11, 2014<br>Current response date:  September 5, 2014<br>New response date: September 12, 2014 |

    **IT IS HEREBY STIPULATED** by and between plaintiff Karen Alberts and defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and through their respective attorneys of record, that Liberty Life shall have up to and including September 12, 2014 to file and serve its response to plaintiff's First Amended Complaint in this action.

RC1/7618752.1/RR2

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 4:14 CV-01587 RS

| | |
|---|---|
| Dated: September 5, 2014 | BOLT KEENLEY KIM, LLP |
| | By: /s/ *James P. Keenley* <br> JAMES P. KEENLEY <br> BRIAN H. KIM <br> Attorneys for Plaintiff <br> KAREN ALBERTS |
| Dated: September 5, 2014 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ *Robert M. Forni, Jr.* <br> PAMELA E. COGAN <br> ROBERT M. FORNI, JR. <br> Attorneys for Defendant <br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that defendant Liberty Life Assurance Company of Boston shall have up to and including September 12, 2014 to file and serve its response to plaintiff's First Amended Complaint in this action.

Dated: September 8, 2014

_____
Hon. Richard Seeborg
United States District Judge