1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    KAREN ALBERTS,                        Case No. 14-cv-01587-RS   (MEJ)

                   Plaintiff,

8                                          **DISCOVERY ORDER**

          v.                               Re: Dkt. No. 29

9

     LIBERTY LIFE ASSURANCE COMPANY
10   OF BOSTON,

11                 Defendant.

12

United States District Court
Northern District of California

13        The Court is in receipt of the parties' joint letter regarding subpoenas that Defendant

14   Liberty Life Assurance Company of Boston issued to the Human Resources Office for U.C.

15   Berkeley, U.C. Office of the President, Stubbs & Leone, P.C., and Holmes & Usoz LLP.  Dkt. No.

16   29.  These subpeonas seek records concerning Plaintiff's employment at the University of

17   California ("U.C."), where she worked at the U.C. Berkeley Police Department between

18   December 1987 and March 2011.  Plaintiff objects to these subpoenas to the extent that they seek

19   "records of disciplinary actions," "records of any security or law enforcement agency or

20   department," "performance reviews," or any other documents relating to any disciplinary actions

21   or any internal investigations conducted by U.C. concerning her. Jt. Ltr. at 1.  Plaintiff agrees that

22   U.C., Stubbs & Leone, P.C., and Holmes & Usoz LLP may produce all other documents

23   responsive to these subpoenas.  *Id.*

24        Liberty maintains that Plaintiff has waived all objections to the subpoena to U.C. Berkeley,

25   and has articulated no reason for the Court to conduct an in camera review of any documents

26   responsive to Liberty's subpoenas.  *Id.*  Liberty argues that Plaintiff's personnel records are

27   relevant to the parties' claims and defenses, and are reasonably calculated to lead to the discovery

28   of admissible evidence.  *Id.*

United States District Court
Northern District of California

1    Upon review of the parties' positions, the Court ORDERS as follows:

2    1)    Plaintiff's request for a protective order is DENIED, except as to any claim of

3          privilege.  For any such claim, a privilege log shall be provided in compliance with

4          Federal Rule of Civil Procedure 26(b)(5) within seven days.  The privilege log

5          must be sufficiently detailed and informative to justify the privilege.  With respect

6          to each communication for which a claim of privilege or work product is made, the

7          party must identify: (a) all persons making or receiving the privileged or protected

8          communication; (b) the steps taken to ensure the confidentiality of the

9          communication, including affirmation that no unauthorized persons have received

10         the communication; (c) the date of the communication; and (d) the subject matter of

11         the communication.

12   2)    If Liberty disputes that any privilege applies, the parties shall meet and confer in

13         compliance with the undersigned's Discovery Standing Order.  If it is necessary for

14         the parties to file a joint letter, Plaintiff will lodge with the undersigned's chambers

15         (not file) the disputed documents for the Court's review.

16   **IT IS SO ORDERED.**

17

18   Dated: October 16, 2014

19   _____

20   MARIA-ELENA JAMES
     United States Magistrate Judge

21

22

23

24

25

26

27

28