UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALBERTS,<br><br>        Plaintiff,<br><br>   v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 14-cv-01587-RS   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 29, 35 |

On October 30, 2014, the Court held a telephonic hearing regarding the scope of third party discovery addressed in the Court's October 16, 2014 order. Dkt. No. 35. As stated at the hearing, the Court ORDERS as follows:

1) Counsel for U.C. Berkeley shall submit Plaintiff's Internal Affairs records (that are not attorney-client privileged) and the August 3, 2011 memo for in camera review by November 4, 2014; and

2) Defendant shall provide U.C. Berkeley's counsel a list of the memos referenced at the hearing by October 30, 2014. Counsel shall then review the memos to determine whether they were properly redacted based on attorney-client privilege. If not, they shall be included with the in camera submission.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge