UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALBERTS,<br><br>       Plaintiff,<br><br>   v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>       Defendant. | Case No. 14-cv-01587-RS   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 38 |

On November 7, 2014, Plaintiff Karen Alberts filed a Notice of Settlement. Dkt. No. 40. Accordingly, the pending discovery dispute (Dkt. No. 38) is DENIED WITHOUT PREJUDICE for statistical purposes. If this case is not dismissed as a result of the pending settlement negotiations, the parties shall notify the undersigned.

**IT IS SO ORDERED.**

Dated: November 24, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge