1  PAMELA E. COGAN (State Bar No. 105089)
   ROBERT M. FORNI, JR. (State Bar No. 180841)
2  NORMAN LAU (State Bar No. 253690)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  Email:  Pamela.Cogan@rmkb.com; Robert.Forni@rmkb.com;
           Norman.Lau@rmkb.com
6
   Attorneys for Defendant
7  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

8  JAMES P. KEENLEY (State Bar No. 253106)
   BRIAN H. KIM (State Bar No. 215492)
9  BOLT KEENLEY KIM LLP
   1010 Grayson Street, Suite Three
10 Berkeley, California 94710
   Telephone:    (510) 225-0696
11 Facsimile:    (510) 225-1095
12 Email:  jkeenley@bkkllp.com; bkim@bkkllp.com

13 Attorneys for Plaintiff
   KAREN ALBERTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| KAREN ALBERTS, | CASE NO. 3:14-cv-01587-RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, KAREN ALBERTS, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

1  with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.
3      All signatories to this Stipulation, and on whose behalf the filing is submitted, concur
4  with the Stipulation's content and authorize its filing.

6  Dated:  December 16, 2014        ROPERS, MAJESKI, KOHN & BENTLEY

8          By: /s/ Robert M. Forni, Jr.
9             PAMELA E. COGAN
           ROBERT M. FORNI, JR.
           NORMAN LAU
10            Attorneys for Defendant
11            LIBERTY LIFE ASSURANCE
           COMPANY OF BOSTON

13 Dated:  December 16, 2014        BOLT KEENLEY KIM LLP

15         By: /s/ James P. Keenley
16            JAMES P. KEENLEY
           BRIAN H. KIM
17            Attorneys for Plaintiff
           KAREN ALBERTS

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

Dated:  12/16/14

Hon. Richard Seeborg
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City